Michael H. Bernstein, #17941
ROBINSON & COLE LLP
666 3rd Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 940-9900
mbernstein@rc.com
*Attorneys for Defendant*
*Cigna Behavioral Health*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| H.A. and M.A.,<br><br>                    Plaintiffs,<br><br>   -against-<br><br>TUFTS HEALH PLAN and CIGNA BEHAVIORAL HEALTH,<br><br>                    Defendants. | Civ. Act. No.: 2:22-cv-00476-DBP<br><br>**STIPULATED MOTION TO EXTEND DEFENDANT CIGNA BEHAVIORAL HEALTH'S ANSWER DEADLINE**<br><br>Magistrate Judge Dustin B. Pead |

Plaintiffs H.A. and M.A. ("Plaintiffs") and Defendant Cigna Behavioral Health ("Cigna"), through their respective counsel of record, stipulate and jointly move the Court to extend the deadline for Cigna to answer, move with respect to, or otherwise respond to Plaintiffs' Complaint from October 10, 2022 to October 24, 2022. This extension is requested because, due to a number of competing deadlines in other matters, Cigna needs additional time to prepare and finalize its response to Plaintiffs' Complaint. Good cause exists for the Court to grant this motion as there have been no previous extension requests made by Cigna and the requested extension will not cause undue delay or prejudice to any party, especially as defendant Tufts Health Plan has not yet appeared in the case.

4834-6704-7112\1

2

The parties appreciate the Court's courtesy in this regard.  A stipulated proposed order is submitted concurrently herewith.

Respectfully submitted this 7th day of October, 2022.

ROBINSON & COLE LLP

*/s/ Michael H. Bernstein*
Michael H. Bernstein
*Attorneys for Defendant*
*Cigna Behavioral Health*

BRIAN S. KING, P.C.

*/s/Brian S. King (signed with permission)*
Brian S. King
*Attorneys for Plaintiffs*
