Michael H. Bernstein, #17941
ROBINSON & COLE LLP
666 3rd Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 940-9900
mbernstein@rc.com
*Attorneys for Defendant*
*Cigna Behavioral Health*

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| H.A. and M.A.,<br><br>                     Plaintiffs,<br><br>   -against-<br><br>TUFTS HEALH PLAN and CIGNA BEHAVIORAL HEALTH,<br><br>                     Defendants. | Civ. Act. No.: 2:22-cv-00476-DBP<br><br>**ORDER EXTENDING DEFENDANT CIGNA BEHAVIORAL HEALTH'S ANSWER DEADLINE**<br><br>Chief Magistrate Judge Dustin B. Pead |

Based on the stipulation of the parties, and good cause appearing, it is hereby ORDERED that Defendant Cigna Behavioral Health shall have up to and including October 24, 2022 in which to answer, move with respect to, or otherwise respond to Plaintiffs' Complaint in this matter.

ENTERED this 11 day of October, 2022

BY THE COURT:

_____
Dustin B. Pead

Approved As To Form By:
/s/Brian S. King (signed with permission)
Brian S. King
BRIAN S. KING, P.C.
*Attorneys for Plaintiffs*