Brian S. King, #4610
Brent J. Newton, #6950
Samuel M. Hall, #16066
**BRIAN S. KING, P.C.**
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
brent@briansking.com
samuel@briansking.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| H.A., and M.A.,<br><br>        Plaintiffs,<br>vs.<br><br>TUFTS HEALH PLAN, and CIGNA BEHAVIORAL HEALTH,<br><br>        Defendants. | PLAINTIFFS' MOTION TO EXTEND DEADLINE TO COMPLETE SERVICE FOR THE TUFTS HEALTH PLAN<br><br>Case No. 2:22-cv-476 – DBP<br><br>Chief Magistrate Judge Dustin B. Pead |

Plaintiffs, through their undersigned counsel, move the Court to extend their deadline to complete service to the Tufts Health Plan. Plaintiffs are in contact with counsel for the Tufts Health Plan but have not received a signed waiver of service. Out of an abundance of caution, Plaintiffs move the Court to extend their deadline to complete service 14-days from October 17, 2022 to October 31, 2022.

DATED this 17th day of October, 2022

　　　　　　　　　　　　　　　　　　　　　　　/s/ Brian S. King
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

CERTIFICATE OF SEVICE

I hereby certify that a true and correct copy of the foregoing document has been served to all parties registered to receive notices via the Court's CM/ECF system for the above captioned matter.

DATED this 17th day of October, 2022

/s/ Brian S. King