THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| H.A., and M.A.,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>TUFTS HEALH PLAN, and CIGNA BEHAVIORAL HEALTH,<br><br>　　　　　Defendants. | ORDER EXTENDING DEADLINE TO COMPLETE SERVICE FOR THE TUFTS HEALTH PLAN<br><br>Case No. 2:22-cv-476 – DBP<br><br>Chief Magistrate Judge Dustin B. Pead |

　　　　Based on the Plaintiffs' motion and for good cause appearing, it is hereby ORDERED that Plaintiffs deadline to complete service is extended 14-days from October 17, 2022, to October 31, 2022.

　　　　DATED this 18 October 2022.

_____
Dustin B. Pead
United States Magistrate Judge